**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------- x

**JONES,**

              **Plaintiff,**

         -against-

**MERCEDES BENZ MANHATTAN, INC. ET AL.,**

              **Defendants.**

-------------------------------------------------------- x

**19-cv-472 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

    The parties should submit a joint status report by May 7, 2020.

**SO ORDERED.**

**Dated:** April 24, 2020

   New York, New York

                                       **ANDREW L. CARTER, JR.**
                                       **United States District Judge**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4/24/20