USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __8/6/20_____

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**TIMOTHY JONES,**

               **Plaintiff,**

    -against-

**MERCEDES BENZ MANHATTAN, INC. ET AL,**

               **Defendant.**

**19-cv-472 (ALC)**

**ORDER OF DISCONTINUANCE**

**ANDREW L. CARTER, JR., United States District Judge:**

It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

**SO ORDERED.**

Dated:    August 6, 2020
            New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**