USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 9/8/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TIMOTHY JONES, on behalf of himself and all others similarly situated,

                Plaintiff,

-against-

MERCEDES-BENZ MANHATTAN, INC., and JOHN DOES 1-25

                Defendants.

Case No.: 1:19-cv-00472 (ALC)(RWL)

**STIPULATION AND ORDER OF FINAL DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Timothy Jones and Defendant Mercedes-Benz Manhattan, Inc., by and through their undersigned counsel, that the above-captioned action be and is hereby dismissed in its entirety, with prejudice, and with no award of attorneys' fees or costs by the Court to any party.

Respectfully submitted,

JONES, WOLF & KAPASI, LLC
60 East 42nd Street, 46th Floor
New York, NY 10165
(646) 459-7971

By: _____
Anand A. Kapasi
Joseph K. Jones

Dated: August 11, 2020

ATTORNEYS FOR PLAINTIFF

JACKSON LEWIS P.C.
666 Third Avenue, 29th Floor
New York, NY 10017
(212) 545-4021

By: _____
Jason A. Zoldessy

Dated: August 11, 2020

ATTORNEYS FOR DEFENDANT

SO ORDERED:

_____
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

9/8/20